## 28388. PURVIS *v.* THE STATE.

GARDNER, J. No error of law is complained of. The evidence amply supports the verdict.

> *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
> DECIDED SEPTEMBER 18, 1940.

*W. O. Purser, Pope & Hall, Lankford & Rogers,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.

## 28429. WATSON *v.* THE STATE.

MACINTYRE, J. 1. One ground of the motion for a new trial is based on alleged newly discovered evidence, and the affidavits introduced by the defendant and the State authorized the judge, as a trior of the facts, to find that the new witness was not worthy of credit and belief; that the defendant had not used due diligence; and that the alleged newly discovered evidence was not available as a cause for a new trial, because it did not appear that the evidence was newly discovered, but that a certain new witness by whom the facts could be proved was unknown until after the trial. The judge did not err in refusing to grant a new trial on the ground of newly discovered evidence. *Wright* v. *State,* 49 *Ga. App.* 342 (2) (175 S. E. 487); *Fortune* v. *State,* 50 *Ga. App.* 204 (4) (177 S. E. 368); *Bailey* v. *State,* 47 *Ga. App.* 856 (171 S. E. 874).

2. The evidence authorized the verdict, and the judge did not err in overruling the motion for new trial for any reason assigned.

> *Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*
> DECIDED SEPTEMBER 18, 1940.

*Hamilton Burch, W. A. Morgan,* for plaintiff in error.

*H. C. Morgan, solicitor-general, S. B. McCall,* contra.